**11/27/2017**                                              **COA No. 12-16-00318-CR**
**CHOICE, LENNEL JONES   Tr. Ct. No. 241-1059-16**          **PD-1015-17**
The appellant's pro se petition for discretionary review has this day been received and filed.

Deana Williamson, Clerk

**FILED**

11/27/2017

**Twelfth Court of Appeals**
**Pam Estes**
**Clerk**

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *